UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TERRENCE ALAGGIA, an Individual,  )
                     Plaintiff,  )   Case No.:   3:12-cv-00108-LRH-(WGC)
   vs.  )
WELLS FARGO BANK, N.A.; WACHOVIA )
MORTGAGE; NATIONAL DEFAULT )
SERVICING CORP; BLACK )
CORPORATION; RED CORPORATION; )
BLUE CORPORATION; WHITE )
CORPORATION; and DOES I-V, )
                     Defendants.  )

## ORDER EXPUNGING LIS PENDENS

       On January 31, 2012, the plaintiff, Terrence Alaggia ("Alaggia"), commenced an action by the filing of a Verified Complaint in the Fourth Judicial District Court, Elko County, Nevada, which he amended through the filing of an Amended Complaint on February 6, 2012.  (*See* Doc. #1.)  Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed the action to this Court on February 24, 2012.  (*See id.*)  In connection with this action, on March 29, 2012, Alaggia filed a Lis Pendens (Doc. #11), which he recorded with the Elko County Recorder's Office as Document No. 653930 on April 4, 2012.  On March 13, 2012, Wells Fargo filed a motion to dismiss (Doc. #5) and filed a motion to expunge the lis pendens on April 30, 2012 (Doc. #14). On October 17, 2012, this Court entered an order granting the motion to dismiss and the motion to expunge the lis pendens.  (Doc. #25.)

       IT IS THEREFORE ORDERED that the Lis Pendens filed with this Court on March 29, 2012 and recorded with the Elko County Recorder's Office on April 4, 2012 as Document No.

1  653930 against the real property described as 121 Copper Street, Elko, Nevada 89801, APN

2  #001-859-017 shall be and hereby is expunged and released in full.

3      IT IS SO ORDERED.

4      DATED this 30th day of October, 2012.

8      HONORABLE LARRY R. HICKS
       UNITED STATES DISTRICT JUDGE

2